**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **HARVEY CANTRELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:26-cv-315-TFM-B** |
| | ) | |
| **JUDGE JEFFREY BEAVERSTOCK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On August 11, 2026, the Magistrate Judge entered a report and recommendation which recommends this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). *See* Doc. 4. Plaintiff filed a document entitled to "Appeal to Appeal's Counsel" (Doc. 5) which the Court construes as objections.

Having reviewed the objections, the Court finds them to be without merit. It is clear that under the law, Judge Jeffrey Beaverstock is immune from suit and the relief he seeks is not available. Therefore, the objections are overruled.

The Court does make one modification to the Report and Recommendation. It notes in a footnote that "[b]ecause this case is due to be dismissed, the undersigned takes no action with respect to Cantrell's motion to proceed without prepayment of fees (Doc. 2)." *See* Doc. 4 at 12 n. 3. However, the undersigned is of the opinion that in order to screen under 28 U.S.C. § 1915(e)(2)(B), that presumes that the plaintiff is proceeding under *in forma pauperis* status. Regardless, this does not render the Report and Recommendation infirm as the undersigned finds that based on the limited information provided in his motion (Doc. 2), that the Court can simply

determine that he has qualified and move on to what is the required legal answer to this case – which is dismissal.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED as modified** as the opinion of this Court. Accordingly, Plaintiff's Motion to Proceed without Prepayment of Fees (Doc. 2) is **GRANTED,** and this case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

A separate judgment will be entered pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 12th day of November, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE